UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK APPELGREN,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

24-CV-5440 (JPO)

OPINION AND ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that Plaintiff Mark Appelgren has voluntarily dismissed his claims against the Mayor's Office, the NYPD, and seven of the ten "John Doe" individual NYPD police officers named in his amended complaint.[1] (ECF No. 29.) The Court dismisses these Defendants from the case without prejudice.

    The Clerk of Court is directed to terminate the nine above-named Defendants in this case.

    The Court also grants the parties' joint request of a *nunc pro tunc* extension of time for Plaintiff to file his Opposition to Defendant's motion to dismiss. Defendant shall reply in further support of its motion by December 17, 2024, and that reply may be fifteen (15) pages.

    SO ORDERED.

Dated: December 5, 2024
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge

---

[1] The three remaining officers include the "John Doe" individual who was a supervisor stationed at the 28th Precinct on October 3, 2023; the "John Doe" individual who was a desk officer stationed at the 28th Precinct on October 3, 2023; and the "John Doe" individual who took Plaintiff's police report on November 25, 2023, at the 28th Precinct. (ECF No. 29.)