**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

MARK APPELGREN,

                Plaintiff,              24-CV-5440 (JPO) (OTW)

        -against-                **ORDER**

CITY OF NEW YORK, et al.

                Defendants.
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

        The Court is in receipt of ECF 34, in which Defendant City of New York, with Plaintiff's consent, seeks to (1) adjourn the initial case management conference scheduled for April 23, 2025, *sine die*; and (2) extend the parties' time to file a proposed case management plan until after the Court has ruled on Defendants' pending motion to dismiss. (ECF 34).

        Defendant's motion is **DENIED as premature.** The parties will appear at the April 23 conference and file their proposed case management plan as scheduled.

        Defendants are directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.

        The Clerk of Court is respectfully directed to close ECF No. 34.

        **SO ORDERED.**

                                            */s/ Ona T. Wang*

Dated: March 21, 2025                                **Ona T. Wang**
        New York, New York                    United States Magistrate Judge