**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MARK APPELGREN,

                Plaintiff,        24-CV-5440 (JPO) (OTW)

      -against-        **ORDER**

CITY OF NEW YORK, et al.

                Defendants.
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      **WHEREAS,** the Court held an Initial Case Management Conference on this matter on April 23, 2025, (*see* ECF 33);

      **WHEREAS,** on April 22, 2025, *pro se* Plaintiff Mark Appelgren ("Plaintiff") filed a letter seeking to attend the April 23 Conference remotely, and the letter was not filed on the docket until after the conference on April 23, 2025, (*see* ECF Nos. 38, 39);

      **WHEREAS,** at the April 23 Conference, Plaintiff did not appear in person;

      **WHEREAS,** at the April 23 Conference, Defendants represented to the Court that Plaintiff had communicated to them his intent to affirmatively withdraw this lawsuit;

      **WHEREAS,** Plaintiff, joining the April 23 Conference by phone, confirmed and affirmatively stated his intent to withdraw this lawsuit.

2

**NOW, THEREFORE,** given Plaintiff's stated intent to withdraw his lawsuit, the Court intends to recommend that Judge Oetken dismiss the case by 30-day Order, unless Plaintiff files a letter by **May 9, 2025,** indicating he wishes to continue litigation.

**SO ORDERED.**

Dated: April 23, 2025
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

2